IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CRIMINAL NO. 6:20-CR-38 |
| | § |
| CHRIS ALAN IRBY, JR. | § |

## ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas and the Sheriff of the Gregg County Jail in Longview, Texas, shall produce and have the body of said **Chris Alan Irby, Jr.**, the defendant herein, who is detained in the custody of the Sheriff of the Gregg County Jail in Longview, Texas, before the United States District Court for the Eastern District of Texas, Tyler, Texas, instanter, the said defendant to appear for initial appearance and for all further proceedings upon an indictment pending in the above-styled cause; and to return the said **Chris Alan Irby, Jr.**, defendant herein, to the custody of the Sheriff of the Gregg County Jail in Longview,

Texas, under safe and secure conduct at the conclusion of all of said proceedings hereafter ordered by this Court.

**So ORDERED and SIGNED this 7th day of July, 2020.**

*[signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

**Order for Writ and Writ of Habeas Corpus Ad Prosequendum - Page 2**