| | |
|---|---|
| DATE: | 7/9/2020 |
| LOCATION: | Tyler |
| JUDGE: | JOHN D. LOVE |
| DEP.CLERK: | S. Baum |
| RPTR/ECRO: | S. Baum |
| USPO: | N. Manley |
| INTERPRETER: | |
| START TIME: | 2:58 |
| END TIME: | 3:10 |

CASE NUMBER 6:20-CR-00038-JCB

UNITED STATES OF AMERICA
V.
CHRIS ALAN IRBY JR.

Ryan Locker / Ken Hawk

| | | | |
|---|---|---|---|
| ☐ | Indictment Unsealed all dfts | ☐ | Interpreter |
| ☐ | Indictment Unsealed this dft only | | |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☑ | Initial Appearance called | ☑ | Initial Appearance held |
| ☐ | Dft Appears with counsel | ☐ | Dft Appears without counsel |
| ☑ | Date of Arrest: 7/9/2020 | ☐ | Dft's first appearance with counsel |
| ☑ | Dft advised of charges | ☑ | Dft advised of right to counsel |
| ☑ | Dft advised of maximum penalties | ☑ | Dft advised of right to remain silent |
| ☑ | Dft request appointed counsel, is sworn & examined re: financial status | ☑ | Court finds Dft eligible and appoints: Ken Hawk |
| ☑ | Gvt Oral Motion for Detention | ☐ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ☐ | Bond set |
| ☑ | Waiver of Detention | | |
| ☐ | Order of Temporary Detention | ☐ | Detention Hearing set for: |
| ☑ | Order of Detention | ☐ | Arraignment Hearing set for: |
| ☐ | Dft remanded to the custody of the US Marshal | | |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ | Arraignment waived in open court | ☑ | Arraignment held on indictment: All counts |
| ☑ | Dft placed under oath | ☐ | Dft physically/mentally ready |
| ☑ | Dft received copy of charges | ☑ | Dft discussed charges with counsel |
| ☐ | Charges read | ☑ | Dft waived reading of charges |
| ☐ | No pressure to plead | | |
| ☑ | Dft enters a not guilty plea to all counts | | |
| ☑ | Discovery orders entered | ☑ | Jury selection trial set 9/14 |
| ☑ | Dft remanded to the custody of the US Marshal | ☐ | Dft continued on bond |