IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 6:20cr38 |
| | § | |
| CHRIS ALAN IRBY, JR. | § | |

**WAIVER OF RIGHTS AND CONSENT TO
TO PROCEED BY VIDEO CONFERENCE**

I, Chris Alan Irby, Jr., the above-named defendant, along with his undersigned attorney, hereby acknowledge the following and expressly consent to proceed by video conference.

1) Defendant has received a copy of the charging instrument in this case.

2) Defendant understands he has the right to appear personally with his attorney before a federal judge in open court; and, that while he/she has the right to appear in person, he can waive that right and consent to a hearing by video conference.

3) Defendant affirmatively states he has no objection to proceeding by video conference.

4) Defendant, having conferred with his attorney, understands that by signing this form, he is knowingly and voluntarily waiving (giving up) any right to personal appearance and providing consent (agreeing) for this court proceeding to be conducted by video conference as provided for in Rules 5 and 10 of the Federal Rules of Criminal Procedure.

Date: July 9, 2020

_Chris Alan Irby Jr_
Defendant

_[signature]_
Defendant's attorney

_[signature]_
United States Magistrate Judge