# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| | § CASE NUMBER 6:20-CR-00038-JCB |
| **v.** | § |
| | § |
| | § |
| | § |
| **CHRIS ALAN IRBY JR.** | § |

## ORDER OF COURT APPOINTING COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this court that defendant (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender, is hereby **APPOINTED** to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**So ORDERED and SIGNED this 9th day of July, 2020.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE