IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 6:20-CR-00038-JCB § |
| v. | § § § |
| CHRIS ALAN IRBY JR. | § § |

WAIVER OF DETENTION HEARING

I, CHRIS ALAN IRBY JR., charged in a(n) Indictment pending in this District with 21 U.S.C. § 841(a)(1), and having appeared before the court and been advised of my rights as required by Title 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

Date: July 9, 2020

_Chris Alan Irby Jr_
Defendant

_[signature]_
Counsel for Defendant

**\*\* ALL ARRAIGNMENT WAIVERS MUST BE FILED IN THE CLERK'S OFFICE AT LEAST 24 HOURS PRIOR TO THE SCHEDULED ARRAIGNMENT**