IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § § § § § § § | **CASE NUMBER 6:20-CR-00038-JCB** |
| **v.** | |
| **CHRIS ALAN IRBY JR.,** | |

**ORDER OF DETENTION**

Defendant waived his rights to a detention hearing.  It is therefore

**ORDERED** that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention should circumstances change.

**So ORDERED and SIGNED this 9th day of July, 2020.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE