**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § **CASE NUMBER 6:20-CR-00038-JCB** § **v.** § § § **CHRIS ALAN IRBYJR.,** § § | |

**O R D E R**

This case is set for **Pretrial Conference** on **FRIDAY, SEPTEMBER 11, 2020 at 1:30 p.m., Jury Selection and Trial set on MONDAY, SEPTEMBER 14, 2020 at 9:30 a.m.** before United States District Judge **J. Campbell Barker**.

It is further ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **FRIDAY, AUGUST 14, 2020** at **12:00 p.m.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause for the delay.

**So ORDERED and SIGNED this 9th day of July, 2020.**

*JOHN D. LOVE*
UNITED STATES MAGISTRATE JUDGE