IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRIS ALAN IRBY | Case No. 6:20-CR-38<br>JUDGES JCB/KNM |

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, **Chris Alan Irby**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,
NICHOLAS J. GANJEI
ACTING U.S. ATTORNEY

*/s/ D. Ryan Locker*
D. RYAN LOCKER
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24046307
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400
Ryan.Locker@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on or about the date of filing, I have conferred with opposing counsel who has indicated that he does not oppose the contents of this notice or its filing.

*/s/ D. Ryan Locker*
D. RYAN LOCKER

Notice of Plea Agreement – Page  1  of 2

## CERTIFICATE OF SERVICE

I certify that this Notice of Plea Agreement has been served on counsel for defendant via the court's CM/ECF system on April 8, 2021.

*/s/ D. Ryan Locker*
D. RYAN LOCKER