IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  6:20-CR-38 |
| v. | § | |
| | § | JCB/KNM |
| CHRIS ALAN IRBY | § | |

## ELEMENTS OF THE OFFENSE

You are charged in **Count 1** of the indictment with a violation of 21 U.S.C. § 841(a)(1)

(possession with intent to distribute methamphetamine).  The essential elements which must be

proven to establish violation of this offense are as follows:

### Count 1

### 21 U.S.C. § 841(a)(1)

*First*:     That you knowingly possessed a controlled substance;

*Second*:  That the substance was in fact methamphetamine, a Schedule II
controlled substance;

*Third*:    That you possessed the substance with the intent to distribute it; and

*Fourth:*  The controlled substance was at least the amount alleged in the
indictment.

NICHOLAS J. GANJEI
ACTING U.S. ATTORNEY

*/s/  D. Ryan Locker_____*
D. RYAN LOCKER
Assistant U.S. Attorney
Texas Bar No. 24046307
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400

## CERTIFICATE OF CONFERENCE

I certify that I have consulted with counsel for the defendant on or about the date of filing, and said counsel does not oppose the filing of this notice.

*D. Ryan Locker_____*
D. RYAN LOCKER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that I have this day served counsel for the defendant with a true and correct copy of this pleading by the court's CM/ECF electronic filing system.

*D. Ryan Locker_____*
D. RYAN LOCKER
Assistant U.S. Attorney